# United States District Court
## For The Western District of North Carolina
## Asheville Division

Khosrow Parmaei,

    Plaintiff(s),　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　1:09cv232

Rick Jackson,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/1/09 Order.

                              FRANK G. JOHNS, CLERK

July 6, 2009

                              BY: s/Sharon Wilson
                                    Sharon Wilson, Deputy Clerk